The Honorable James L. Robert

1

2

3

4

5

6                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7

8   JEREMY FOWLER, individually and on          No. 2:24-cv-00974-JLR
    behalf of others similarly situated,
9                                                STIPULATED MOTION FOR
                               Plaintiff,        EXTENSION OF TIME FOR
10                                               DEFENDANTS TO ANSWER OR
           v.                                    OTHERWISE RESPOND TO
11                                               PLAINTIFF'S COMPLAINT
    PACIFIC MARITIME ASSOCIATION, and
12  SSA MARINE, INC., individually and on
    behalf of others similarly situated,
13
                               Defendants.
14

15                              **STIPULATION**

16        Plaintiff Jeremy Fowler ("Plaintiff") and Defendants Pacific Maritime Association and SSA

    Marine, Inc. ("Defendants"), hereby state and stipulate as follows:
17

18        1.     On May 29, 2024, Plaintiff filed his Complaint in the Washington State Superior

                 Court for King County.
19

20        2.     By Defendants' Notice of Removal dated July 2, 2024, this action was removed to

                 the United States District Court for the Western District of Washington.
21

22        3.     Pursuant to Fed. R. Civ. P. 81(c)(2), Defendants' responsive pleading was due

                 July 12, 2024.  The parties previously agreed to, and the Court entered, an extension
23

                 of the Answer deadline to July 23, 2024.
24

25        4.     Defendants request an extension until August 6, 2024, to answer or otherwise

                 respond to the Complaint.
26

---

STIPULATED MOTION FOR EXTENSION OF TIME FOR             SEYFARTH SHAW LLP
DEFENDANTS TO ANSWER OR OTHERWISE RESPOND                  999 Third Avenue
TO PLAINTIFF'S COMPLAINT - 1                                  Suite 4700
                                                         Seattle, WA 98104-3100
312612605v.1                                               (206) 946-4910

5. Plaintiff agrees and stipulates to the extension.

6. Neither party is prejudiced by this extension for Defendants to respond to Plaintiff's Complaint.

WHEREFORE, Defendants respectfully requests that the Court issue an Order granting Defendants until August 6, 2024 to answer or otherwise respond to Plaintiff's Complaint.

Date: July 23, 2024

SCHROETER GOLDMARK & BENDER

By *s/ Lindsay L. Halm*
 Lindsay L. Halm, WSBA No. 37141
 Hong (Chen-Chen) Jiang, WSBA No. 51914
 Adam J. Berger, WSBA No. 20714
 401 Union Street, Suite 3400
 Seattle, Washington 98101
 (206) 622-8000 | Phone
 Email: halm@sgb-law.com
   jiang@sgb-law.com
   berger@sgb-law.com

*Attorneys for Plaintiff*

SEYFARTH SHAW LLP

By *s/ Joe Wonderly*
 Andrew R. Escobar, WSBA No. 42793
 Joe Wonderly, WSBA No. 51925
 999 Third Avenue, Suite 4700
 Seattle, Washington 98104
 Email: aescobar@seyfarth.com
   jwonderly@seyfarth.com

*Attorneys for Defendants Pacific Maritime Association and SSA Marine, Inc.*

STIPULATED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS' TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT - 2
312612605v.1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-3100
(206) 946-4910

1

2                                    **ORDER**

3          THIS matter came before the Court on the parties' Stipulated Motion for Extension of Time

4   for Defendants Pacific Maritime Association and SSA Marine, Inc. to Answer or Otherwise Respond

5   to Plaintiff's Complaint.  The Court, having considered the motion and the record and pleadings

6   herein, hereby ORDERS that Defendants Pacific Maritime Association and SSA Marine, Inc. have

7   until August 6, 2024 to answer or otherwise respond to Plaintiff's Complaint.

8          DATED this ___23rd___ day of July 2024.

9
                                    _____
10                                        HON. JAMES L. ROBART

11  Presented by:

12  SEYFARTH SHAW LLP

13  By  _s/ Joe Wonderly_____
14      Andrew R. Escobar, WSBA No. 42793
        Joe Wonderly, WSBA No. 51925
15      999 Third Avenue, Suite 4700
        Seattle, Washington 98104
16      (206) 946-4910
        Email: aescobar@seyfarth.com
17            jwonderly@seyfarth.com

18  *Attorneys for Defendants Pacific Maritime*
    *Association and SSA Marine, Inc.*
19
20  SCHROETER GOLDMARK & BENDER

21  By  _s/ Lindsay L. Halm_____
        Lindsay L. Halm, WSBA No. 37141
22      Hong (Chen-Chen) Jiang, WSBA No. 51914
        Adam J. Berger, WSBA No. 20714
23      401 Union Street, Suite 3400
        Seattle, Washington 98101
24      (206) 622-8000 | Phone
        Email: halm@sgb-law.com
25            jiang@sgb-law.com
              berger@sgb-law.com
26

---

STIPULATED MOTION FOR EXTENSION OF TIME FOR          SEYFARTH SHAW LLP
DEFENDANTS' TO ANSWER OR OTHERWISE                         999 Third Avenue
RESPOND TO PLAINTIFF'S COMPLAINT - 3                          Suite 4700
                                                       Seattle, WA 98104-3100
312612605v.1                                              (206) 946-4910

1   *Attorneys for Plaintiff*

2   <u>**CERTIFICATE OF SERVICE**</u>

3   I do hereby certify that I have caused a true and correct copy of the foregoing STIPULATED

4   MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S

5   COMPLAINT to be served upon the following:

6   SCHROETER GOLDMARK & BENDER      ☒ via WDWA ECF
    Lindsay L. Halm, WSBA No. 37141      ☐ via U.S. Mail

7   Hong (Chen-Chen) Jiang, WSBA No. 51914
    Adam J. Berger, WSBA No. 20714      ☐ via Facsimile

8   401 Union Street, Suite 3400      ☐ via Messenger Service
    Seattle, WA 98101      ☐ via Email

9   (206) 622-8000 | Phone
    Email: halm@sgb-law.com

10        jiang@sgb-law.com

11        berger@sgb-law.com

    *Attorneys for Plaintiff*

12

13   Dated this 23rd day of July, 2024.

14           *s/ Mendy Graves*
          Mendy Graves, Legal Assistant

15           Seyfarth Shaw LLP

16           999 Third Avenue, Suite 4700
          Seattle, WA 98104-4041

17           (206) 946-4910

18           Email: mgraves@seyfarth.com

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS' TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT - 4
312612605v.1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-3100
(206) 946-4910