# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEREMY FOWLER, | CASE NO. C24-0974JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PACIFIC MARITIME ASSOCIATION, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The Honorable James L. Robart recuses himself and the case is reassigned in rotation to the Honorable Tana Lin. All future pleadings shall bear the cause number C24-0974TL.

//

//

MINUTE ORDER - 1

1 | Filed and entered this 24th day of July, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2