THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY FOWLER, individually and on behalf of others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC MARITIME ASSOCIATION and SSA MARINE INC., individually and on behalf of others similarly situated, <br><br> Defendants. | No.  No. 2:24-cv-00974-TL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT <br><br> NOTE ON MOTION CALENDAR: FEBRUARY 21, 2025 |

Plaintiff Jeremy Fowler and Defendants Pacific Maritime Association and SSA Marine Inc. (collectively, "Defendants") submit the following Stipulation and request that the Court grant Plaintiff leave to file an Amended Complaint substituting SSA TERMINALS, LLC and SSA CONVENTIONAL, INC. as Defendants for SSA MARINE INC. pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. The parties hereby state and stipulate as follows:

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT – 1
(Case No. No. 2:24-cv-00974-TL)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA  98101
Phone (206) 622-8000 • Fax (206) 682-2305

1. Plaintiff filed his complaint on May 29, 2024 in King County Superior Court. Defendants removed the action on July 2, 2024.

2. On January 22, 2025, Defendants' counsel notified Plaintiff's counsel that SSA Marine Inc. was improperly identified as a defendant because it does not employ dockworkers in Washington (i.e., members of the putative Plaintiff Class), but that certain of its affiliates do. With the deadline to join additional parties approaching on January 24, 2025, counsel agreed to work together to correct the mistake and identify the proper defendant(s) in short order.

3. On February 6, defense counsel identified the two SSA-affiliated entities that employ dockworkers in Washington: (1) SSA Terminals, LLC and (2) SSA Conventional, Inc. (f/k/a SSA Pacific Inc.).

4. Pursuant to FRCP 15(a)(2), the parties agree the Court should grant Plaintiff leave to amend his complaint to identify SSA Terminals, LLC and SSA Conventional, Inc. as proper parties, rather than SSA Marine, Inc.

5. Pursuant to FRCP 15(c)(1)(C)(ii), the parties agree that substitution of SSA Terminals, LLC and SSA Conventional, Inc. relates back to the date of the original pleading, including for purposes of the statute of limitations.

6. The parties further agree that no party will raise a defense that SSA Marine, Inc. is a necessary party to this action under FRCP 19.

7. To avoid unnecessary cost and delay, defense counsel, who also represents SSA Terminals, Inc. and SSA Conventional, Inc., agrees to accept service of the Amended Complaint upon filing through CM/ECF.

8. Because the amendment may impact the parties' ability to prepare for class certification, the parties agree and request that the deadline for filing the opening brief for certification of both the Plaintiff and Defendant Classes be delayed by 60 days, or until July 25, 2025. Any opposition shall be filed no later than August 25, 2025, and any reply shall be filed no later than September 15, 2025.

For the reasons stated, the parties respectfully request that the Court grant Plaintiff leave to file an Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto, and adopt the above deadlines for the motion to certify the Defendant Class.

DATED this 21st day of February, 2025.

| SCHROETER GOLDMARK & BENDER | SEYFARTH SHAW LLP |
|---|---|
| *s/Hong Chen-Chen Jiang* | *s/Joe Wonderly* |
| Lindsay L. Halm, WSBA #37141 | Joe Wonderly, WSBA #51925 |
| Hong (Chen-Chen) Jiang, WSBA #51914 | 999 Third Avenue, Suite 4700 |
| Adam J. Berger, WSBA #20714 | Seattle, WA 98104-4041 |
| 401 Union Street, Suite 3400 | Tel: (206) 946-4910 |
| Seattle, WA 98101 | jwonderly@seyfarth.com |
| Telephone: (206) 622-8000 | |
| halm@sgb-law.com | *Counsel for Defendants* |
| jiang@sgb-law.com | |
| berger@sgb-law.com | |

*Counsel for Plaintiff*

STIPULATION AND [~~PROPOSED~~]
ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT
– 3
(Case No. No. 2:24-cv-00974-TL)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

# ORDER

IT IS HEREBY ORDERED that Plaintiff is granted leave to file the Amended Complaint within ten (10) days of this signed Order. The deadline for the motion to certify the Plaintiff and Defendant Classes shall be July 25, 2025. Any opposition shall be filed no later than August 25, 2025, and any reply shall be filed no later than September 15, 2025.

DATED this 24th day of February, 2025.

Tana Lin
United States District Judge

Presented by:

SCHROETER GOLDMARK & BENDER

*s/Hong Chen-Chen Jiang*
Lindsay L. Halm, WSBA #37141
Hong (Chen-Chen) Jiang, WSBA #51914
Adam J. Berger, WSBA #20714
401 Union Street, Suite 3400
Seattle, WA  98101
Telephone: (206) 622-8000
halm@sgb-law.com
jiang@sgb-law.com
berger@sgb-law.com

*Counsel for Plaintiff*

SEYFARTH SHAW LLP

*s/Joe Wonderly*
Joe Wonderly, WSBA #51925
999 Third Avenue, Suite 4700
Seattle, WA  98104-4041
Tel: (206) 946-4910

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT – 4
(Case No. No. 2:24-cv-00974-TL)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA  98101
Phone (206) 622-8000 • Fax (206) 682-2305

1 | jwonderly@seyfarth.com

2 | *Counsel for Defendants*

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT – 5
(Case No. No. 2:24-cv-00974-TL)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305