The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY FOWLER, individually and on behalf of others similarly situated,

Plaintiff,

v.

PACIFIC MARITIME ASSOCIATION; SSA TERMINALS, LLC; and SSA CONVENTIONAL, INC., individually and on behalf of others similarly situated,

Defendants.

No.  2:24-cv-00974-TL

SUPPLEMENTAL DECLARATION OF LINDSAY L. HALM IN SUPPORT OF CLASS CERTIFICATION

I, Lindsay Halm, have personal knowledge of the matters stated below and declare under penalty of perjury under the laws of the United States, as follows:

1.      Following oral argument on Plaintiff's pending motion for class certification (Dkt. # 41), Plaintiff Jeremy Fowler received a paystub for the pay period ending May 8, 2026 (attached here as **Exhibit 21**). Plaintiff respectfully supplements the record with such paystub as it bears directly on the elements of numerosity and superiority related to the proposed Defendant Class. The paystub shows that Mr. Fowler worked for an additional PMA Member during the Class Period: "METRO CRUISE SERVICES, LLC." At the time he filed his Motion

SUPPLEMENTAL HALM DECLARATION – 1
(Case No. 2:24-cv-00974-TL)

SCHROETER, GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA  98101
Phone (206) 622-8000 ● Fax (206) 682-2305

for Class Certification, Mr. Fowler had not yet been employed by this company. *See* (Dkt. #42-9) (Halm Decl., Ex. 9) ("Daily Work Record" showing work for 7 different employers since May 2021). Such entity was also not disclosed by Defendant PMA in discovery, Dkt. #42-8 at 4 (Halm Decl., Ex. 8), but is listed as a PMA Member in PMA's Annual Report, Dkt. #42-3 at 9 (Halm Decl., Ex. 3).

EXECUTED at Seattle, Washington, this 4th day of June, 2026.

SCHROETER, GOLDMARK & BENDER

*s/ Lindsay L. Halm*
LINDSAY L. HALM, WSBA #37141
401 Union Street, Suite 3400
Seattle, WA 98101
Tel: 206.622.8000
halm@sgb-law.com

SUPPLEMENTAL HALM DECLARATION – 2
(Case No. 2:24-cv-00974-TL)

SCHROETER, GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA 98101
Phone (206) 622-8000 ● Fax (206) 682-2305