The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY FOWLER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, SSA TERMINALS, LLC; and SSA CONVENTIONAL, INC., individually and on behalf of other similarly situated,<br><br>Defendants. | Case No. 2:24-cv-00974-TL<br><br>DECLARATION OF SCOTT RETTIG IN SUPPORT OF DEFENDANTS' RESPONSE TO SUPPLEMENTAL DECLARATION OF LINDSAY L. HALM IN SUPPORT OF CLASS CERTIFICATION |

DECLARATION OF SCOTT RETTIG
[NO. 2:24-CV-00974-TL] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

## <u>DECLARATION OF SCOTT RETTIG</u>

I, Scott Rettig, declare as follows:

1.      I am the Senior Coast Director, Strategic Business Analysis for the Pacific Maritime Association ("PMA"). The facts stated below are based on my personal knowledge and business records that PMA maintains in the ordinary course of business. I would testify truthfully and competently to these facts if called as a witness.

2.      In my position, I work with the data that PMA maintains on behalf of its members to perform various types of analyses and generate certain data-based reports. Among the data that I work with on a day-to-day basis is the payroll data that PMA maintains as a part of its role as a centralized payroll agent. Given my position and experience working for PMA, I am personally knowledgeable about the dockworker payroll services that PMA provides for its member companies. Integral to its role as a management-side, multi-employer collective bargaining representative for employers of interchangeable union-represented dockworkers, PMA serves as a centralized payroll agent: it collects time-card information and funds for wages from its member companies, issues aggregated weekly paychecks to dockworkers, and maintains dockworker payroll records. The payroll data that PMA maintains shows several pieces of information regarding each shift that a member company or payroll participant pays for. For each shift, the data identify the port location where the shift occurred and which company employed the worker for that shift and paid the wages. It will also identify who the worker was who received pay for the shift, the total hours paid for the shift, and the applicable pay rates.

3.      After reviewing PMA's payroll data, I can confirm that, between May 29, 2021, and the present, the first time that PMA member company Metro Cruise Services, LLC, paid wages to a dockworker was on February 9, 2026, for work performed at the Port of Seattle. Since that time, Metro Cruise has continued to pay wages to dockworkers working at the Port of Seattle. It has not paid wages to dockworkers at any other port location in Washington.

DECLARATION OF SCOTT RETTIG
[NO. 2:24-CV-00974-TL] - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _11_th day of June 2026 at Oakland, California.

_____
Scott Rettig

DECLARATION OF SCOTT RETTIG
[NO. 2:24-CV-00974-TL] - 3

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910