The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY FOWLER, individually and on behalf of others similarly situated, | Case No. 2:24-cv-00974-TL |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF JESSE L. MILLER IN SUPPORT OF DEFENDANTS' RESPONSE TO SUPPLEMENTAL DECLARATION OF LINDSAY L. HALM IN SUPPORT OF CLASS CERTIFICATION |
| v. | |
| PACIFIC MARITIME ASSOCIATION, SSA TERMINALS, LLC; and SSA CONVENTIONAL, INC., individually and on behalf of other similarly situated, | |
| Defendants. | |

SUPPL. DECLARATION OF JESSE L. MILLER
[NO. 2:24-CV-00974-TL] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

## DECLARATION OF JESSE L. MILLER

I, Jesse L. Miller, declare as follows:

1.      I am a partner at the law firm of Seyfarth Shaw LLP, which is counsel of record for Defendants, Pacific Maritime Association, SSA Terminals, LLC, and SSA Conventional, Inc. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would competently testify thereto.

2.      On May 7, 2026, I personally appeared at the hearing on Plaintiff's motion for class certification. I observed that Plaintiff, Jeremy Fowler, was physically present in the courtroom as well. I recognized him because I took his deposition in person on September 10, 2025. Following the May 7, 2026 hearing, my office requested and received a copy of the court reporter's transcript of the hearing. Attached hereto as **Exhibit N** is a true and correct copy of that hearing transcript. The transcript also confirms that Mr. Fowler was physically present in the courtroom at the hearing. *See* Exh. N at 22:21–22 (Ms. Halm: "My client is with us, in the white shirt here, Mr. Fowler.").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June 2026 at San Francisco, California.

*/s/ Jesse L. Miller*
Jesse L. Miller

SUPPL. DECLARATION OF JESSE L. MILLER
[NO. 2:24-CV-00974-TL] - 2