The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY FOWLER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, SSA TERMINALS, LLC; and SSA CONVENTIONAL, INC., individually and on behalf of other similarly situated,<br><br>Defendants. | Case No. 2:24-cv-00974-TL<br><br>DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR RESPONSE TO SUPPLEMENTAL DECLARATION OF LINDSAY L. HALM IN SUPPORT OF CLASS CERTIFICATION |

REQUEST FOR JUDICIAL NOTICE
[NO. 2:24-CV-00974-TL] -

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

## <u>REQUEST FOR JUDICIAL NOTICE</u>

Pursuant to Federal Rule of Evidence 201, Defendants, Pacific Maritime Association ("PMA"), SSA Terminals, LLC, and SSA Conventional, Inc., will, and hereby do, request that this Court take judicial notice of the following documents in connection with Defendants' Response to Supplemental Declaration of Lindsay L. Halm in Support of Class Certification:

**Exhibit O** is a true and correct copy of the Approved Minutes of the Port of Seattle Commission's October 28, 2025 Regular Meeting, during which the Commission authorized the Executive Director to execute a five-year lease with Metro Cruise for the Smith Cove Cruise Terminal at Pier 91. *See* Item 8f on pages 4 and 5. These minutes are publicly available online at https://meetings.portseattle.org/watch/meeting/2025_10_28_RM.

**Exhibit P** is a true and correct copy of the Approved Minutes of the Port of Seattle Commission's November 11, 2025 Regular Meeting, during which the Commission approved the October 28, 2025 Regular Meeting minutes. *See* Item 8a on page 2. These minutes are publicly available online at https://meetings.portseattle.org/watch/meeting/2025_11_11_RM.

Courts must take judicial notice if a party requests that judicial notice be taken and furnishes the court with sufficient information to enable it to take judicial notice of the matter. See Fed. R. Evid. 201(c). Judicial notice is appropriate when the matter "is not subject to reasonable dispute" because it either is generally known within the trial court's territorial jurisdiction or can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b).

Judicial notice of the above-listed documents is proper because they are the records of a government agency.[1] *See Disabled Rts. Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 866 (9th Cir. 2004) ("Under Federal Rule of Evidence 201, we may take judicial notice of the records of state agencies."); *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 (9th Cir. 1995),

---

[1] The Port of Seattle's Port Commission is a public body established pursuant to Wash. Rev. Code Ann. § 53, *et seq.*

REQUEST FOR JUDICIAL NOTICE
[NO. 2:24-CV-00974-TL] - 1

rev'd on other grounds, 520 U.S. 548 (1997) ("Judicial notice is properly taken of orders and decisions made by other courts or administrative agencies."); *Codoni v. Port of Seattle*, No. 2:23-CV-795-JNW, 2024 WL 4882015, at *4 (W.D. Wash. Nov. 25, 2024), motion to certify appeal granted, No. 2:23-CV-795-JNW, 2025 WL 524243 (W.D. Wash. Feb. 18, 2025) (noting that "the Ninth Circuit has found that courts may take judicial notice of 'records and reports of administrative bodies'") (citing *Mack v. S. Bay Beer Distrib., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986)).

Respectfully submitted this 12th day of June, 2026.

SEYFARTH SHAW LLP


By: */s/ Jesse L. Miller*
Jesse L. Miller, *Pro Hac Vice*
Taylor D. Horn, *Pro Hac Vice*
560 Mission Street, Suite 3100
San Francisco, California 94105
Email: jmiller@seyfarth.com
          thorn@seyfarth.com

Kyle D. Nelson, WSBA No. 49981
999 Third Avenue, Suite 4700
Seattle, Washington 98104
Email: knelson@seyfarth.com

*Attorneys for Defendants Pacific Maritime Association, SSA Terminals, LLC, and SSA Conventional, Inc.*

REQUEST FOR JUDICIAL NOTICE
[NO. 2:24-CV-00974-TL] - 2